Exhibit A

# Edit event

## Sheree Wright's Zoom Meeting

🕐 6/11/25 | 3:00 PM → 4:00 PM | 6/11/25

☐ All Day | 🌐 Arizona ⌄

Repeat [Never ⌄]

**Find a time**

📹 Zoom Meeting ⌄

👥 Add a room

📍 https://us06web.zoo... ✕

☰
_____

Sheree Wright is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://us06web.zoom.us/j/89469416584?pwd=cbFDTdTvyyRedvCgDvJtnX4R7FirYX.1

Meeting ID: 894 6941 6584
Passcode: 853438

**B** *I* U 🔗 ≣ ☰

📎 Add attachments ⓘ

### Attendees

Add invitees

**4 invitees** ⌄
3 Yes, 0 No, 0 Maybe, 1 Awaiting



Sheree Wright (Host) ✓

C cwalters@cewlawoffice.com ✓

D divine@ibflaw.com ✓

K karen@ibflaw.com

Invitees permission: Invite others and s... ⌄

**Suggested times** ⌄

[Wed, Jun 11, 4:00 PM] [Wed, Jun 11, 4:30 PM]
[Wed, Jun 11, 5:00 PM] [More ⌄]

Cancel  **Save**