# Exhibit G

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**Jane Doe,**
Plaintiff,
v.
**Suns Legacy Partners, LLC, et al.,**
Defendants.

Case No. 2:25-cv-01295-GMS

**AFFIDAVIT OF SHEREE D. WRIGHT IN SUPPORT OF MOTION FOR LEAVE TO SUBSTITUTE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO PROCEED ANONYMOUSLY (DOC. 21)**

I, Sheree D. Wright, being duly sworn under penalty of perjury, hereby declare and state as follows:

I am the founding attorney of IBF Law Group, PLLC, and licensed to practice law in the State of Arizona and the United States District Court for the District of Arizona. I serve as lead counsel for Plaintiff Jane Doe in the above-captioned matter.

This affidavit is submitted in support of Plaintiff's Motion for Leave to Substitute the currently filed Reply in Support of Motion to Proceed Anonymously (Doc. 21) with the finalized and accurate version prepared and intended for filing.

On or about June 5, 2025, I finalized a working draft of the Reply in Support of Plaintiff's Motion to Proceed Anonymously. This document underwent multiple rounds of internal editing. On June 11, 2025, during a scheduled litigation team meeting, I virtually joined my staff despite being on bereavement leave due to the sudden death of my beloved dog on June 9, 2025. During this meeting, I approved the final draft of the Reply and directed my paralegal to incorporate the Table of Contents and Table of Authorities prior to filing.

The finalized draft of the Reply shows a creation date of June 5, 2025 and a last modified date of June 11, 2025. However, the version that was ultimately filed with the Court as Doc. 21 was a prior, superseded draft created on June 10, 2025, containing placeholder citations that were intended to be corrected or removed. The error occurred due to inadvertent clerical oversight by a staff member during filing.

As soon as I became aware of the discrepancy, I conducted a thorough review of our internal communications, calendar entries, and document versions. I located the final version distributed to staff on June 11, confirmed the existence of placeholder citations in the earlier draft, and assembled the metadata and redline comparisons to substantiate this inadvertent error.

Contrary to Defendants' assertion in their July 30, 2025 Rule 11 letter, none of the citations in the filed Reply were "fabricated" or "generated by artificial intelligence." The placeholder citations challenged by Defendants are verifiable cases, albeit misquoted or misformatted in the incorrect

version. I verified these citations using LexisNexis, not AI tools. Several were removed altogether from the finalized draft due to redundancy or lack of relevance.

Defendants' counsel failed to contact me or my co-counsel, Cortney Walters, before levying Rule 11 sanctions and accusing us of misconduct. Their motion relies on a mischaracterization of clerical errors and typographical placeholders as intentional falsification. One of the cited cases, Doe v. Washington Univ., was listed in the Table of Authorities but not cited anywhere in the text—a fact Defendants were aware of but still included in their draft.

Substituting the correct version of the Reply will not prejudice Defendants. The final version contains verified authority, improved structure, and refined legal argument. The factual assertions remain the same, and Defendants retain the opportunity to respond or challenge the motion substantively.

The filing of the incorrect Reply was the result of a non-substantive clerical mistake made during a week when I was away from the office due to a personal loss. The proposed substitution ensures the record reflects the intended filing and preserves the integrity of the Court's docket.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of August, 2025, in Phoenix, Arizona.


Sincerely,

*Sheree D. Wright*

IBF Law Group, PLLC