Malcolm A. Heinicke* (CA Bar No. 194174)
Taylor L. Benninger* (CA Bar No. 344825)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Malcolm.Heinicke@mto.com
Taylor.Benninger@mto.com

Craig Jennings Lavoie* (CA Bar No. 293079)
Jennifer L. Bryant* (CA Bar No. 293371)
Jin Niu* (CA Bar No. 362447)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Craig.Lavoie@mto.com
Jennifer.Bryant@mto.com
Jin.Niu@mto.com

Leah S. Freed (AZ Bar No. 021332)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
Leah.freed@ogletree.com

Attorneys for Defendant
Suns Legacy Partners, L.L.C.
* Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea Montes,<br><br>        Plaintiff,<br><br>    vs.<br><br>Suns Legacy Partners, L.L.C.,<br><br>        Defendant. | No. CV-25-01295-PHX-GMS<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF COUNTS V AND VI OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |

On September 16, 2025, Plaintiff filed a motion to voluntarily dismiss Counts V and VI of the First Amended Complaint with prejudice.  Doc. 56.  Defendant does not oppose the requested partial voluntary dismissal, provided that it is with prejudice (as requested in Plaintiff's motion, Doc. 56 at 1–3, but omitted from the proposed order, *see* Doc. 56-1).

Defendant respectfully notes that the requested partial voluntary dismissal would not moot Defendant's pending Partial Motion to Dismiss, which also concerns Counts III and VII.  *See* Doc. 16 at 5.

DATED:  September 18, 2025          MUNGER, TOLLES & OLSON LLP


By:          */s/ Malcolm A. Heinicke*
             Malcolm A. Heinicke (*pro hac vice*)
             560 Mission Street, Twenty-Seventh Floor
             San Francisco, California 94105-2907

             *Attorneys for Defendant*
             *Suns Legacy Partners, L.L.C.*


OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

             Leah S. Freed
             Esplanade Center III, Suite 800
             2415 East Camelback Road
             Phoenix, Arizona 85016

             *Attorneys for Defendant*
             *Suns Legacy Partners, L.L.C.*

-1-