# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea Montes,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Suns Legacy Partners LLC, et al.,<br><br>　　　　　Defendants. | No. CV-25-01295-PHX-GMS<br><br>**ORDER** |

　　　Before the Court is Plaintiff's Motion to Dismiss Counts V and VI of Plaintiff's First Amended Complaint (Doc. 56) and Defendants Response (Doc. 57).

　　　**IT IS ORDERED** granting Plaintiff's Motion to Dismiss Counts V and VI of Plaintiff's First Amended Complaint (Doc. 56).

　　　**IT IS FURTHER ORDERED** dismissing Counts V and VI of Plaintiff's First Amended Complaint (Doc. 54) with prejudice.

　　　Dated this 23rd day of September, 2025.

_____
G. Murray Snow
Senior United States District Judge