# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea Montes,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Suns Legacy Partners LLC, et al.,<br><br>　　　　　Defendants. | No. CV-25-01295-PHX-GMS<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion for Leave to File Excess Pages (Doc. 51) and Motion for Leave to File Non-Electronic Exhibits (Doc. 53).

　　　　**IT IS ORDERED** granting Plaintiff's Motion for Leave to File Excess Pages (Doc. 51) and Motion for Leave to File Non-Electronic Exhibits (Doc. 53).

　　　　**IT IS FURTHER ORDERED** Plaintiff is granted leave to file an Opposition to Defendant's Motion for Sanctions (Doc. 49) not to exceed 25 pages, exclusive of exhibits and attachments and that Plaintiff's Opposition filed at Doc. 50 is accepted.

　　　　**IT IS FURTHER ORDERED**　Plaintiff is permitted to submit the following exhibits in physical format (USB flash drive or equivalent) to the Clerk's Office:

　　　　1.　　**Exhibit F** – Video screen recording showing download and access of the June 11, 2025, Dropbox draft with metadata consistent with exhibits filed along with Plaintiff's Motion for Leave to Amend (Doc. 36);

　　　　2.　　**Exhibit H** – Mobile-device screen recording of July 30, 2025, text message

1  communication between Sheree Wright and Shamar Wright, reflecting the file transfer and
2  communication to pull metadata;
3      3.    **Exhibit J** – Mobile-device screen recording of June 11, 2025, team
4  communication and intended draft distribution;
5      Plaintiff shall deliver said exhibits to the Clerk of Court within **five** business days
6  of the date of this Order along with a copy for the assigned judicial officer.
7      Plaintiff shall serve copies of the non-electronic exhibits on Defendant's counsel in
8  a manner consistent with applicable rules and ethical obligations.
9      Dated this 25th day of September, 2025.

_____
G. Murray Snow
Senior United States District Judge