**SHEREE D. WRIGHT (**AZ SBN# 035265)
IBF Law Group, PLLC
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 878-3294
E-Mail: sheree@ibflaw.com

**CORTNEY E. WALTERS** (*pro hac vice*)
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
Facsimile: (954) 889-3747
E-Mail: cwalters@cewlawoffice.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea Montes,<br><br>       Plaintiff,<br><br>vs.<br><br>Suns Legacy Partners, L.L.C.,<br><br>       Defendant, | Case No.: CV-25-01295-PHX-GMS<br><br><br>**PLAINTIFF'S NOTICE OF FILING NON-ELECTRONIC EXHIBITS** |

Plaintiff, Chelsea Montes, by and through undersigned counsel, hereby provides notice that, pursuant to the Court's September 25, 2025, Order (Doc. 61), she has submitted to the Clerk of Court the following non-electronic exhibits in physical format (USB flash drive):

1

1. **Exhibit F** – Video screen recording showing download and access of the June 11, 2025, Dropbox draft with metadata consistent with exhibits filed along with Plaintiff's Motion for Leave to Amend (Doc. 36);

2. **Exhibit H** – Mobile-device screen recording of July 30, 2025, text message communication between Sheree Wright and Shamar Wright, reflecting the file transfer and communication to pull metadata;

3. **Exhibit J** – Mobile-device screen recording of June 11, 2025, team communication and intended draft distribution.

In compliance with the Court's directive, these exhibits were delivered to the Clerk's Office along with a courtesy copy for the Honorable G. Murray Snow, Chief United States District Judge. Copies have also been served on counsel for Defendants.

DATED this 30th day of September 2025.

Respectfully Submitted,

**IBF LAW GROUP, PLLC**

By: */s/ Sheree D. Wright*
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 800-5701
e-Mail: sheree@ibflaw.com