Malcolm A. Heinicke* (CA Bar No. 194174)
Taylor L. Benninger* (CA Bar No. 344825)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Malcolm.Heinicke@mto.com
Taylor.Benninger@mto.com

Craig Jennings Lavoie* (CA Bar No. 293079)
Jennifer L. Bryant* (CA Bar No. 293371)
Jin Niu* (CA Bar No. 362447)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Craig.Lavoie@mto.com
Jennifer.Bryant@mto.com
Jin.Niu@mto.com

Leah S. Freed (AZ Bar No. 021332)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
Leah.freed@ogletree.com

Attorneys for Defendant
Suns Legacy Partners, L.L.C.
* Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea Montes, | No. CV-25-01295-PHX-GMS |
| Plaintiff, | **NOTICE OF SERVICE OF DEPOSITION NOTICE** |
| vs. | |
| Suns Legacy Partners, L.L.C., | |
| Defendant. | |

NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on March 10, 2026, Defendant Suns Legacy Partners, L.L.C., by and through undersigned counsel, served Defendant's Notice of Deposition of Chelsea Montes on Plaintiff's counsel via email.

DATED: March 10, 2026 MUNGER, TOLLES & OLSON LLP

By: _/s/ Taylor Benninger_
TAYLOR BENNINGER

Attorneys for Defendant
Suns Legacy Partners, L.L.C.