**DECLARATION OF COUNSEL**

I, Sheree D. Wright, declare as follows:

**1. Absence from Office (June 9 – July 3)**

I was out of the office from June 9, 2025, through July 3, 2025, initially due to bereavement leave and followed by previously scheduled travel. During portions of this period, I had limited and intermittent access to internet, filings, and underlying legal research materials. Attached as **Exhibit A** are records reflecting my travel during this time.

**2. June 12 Filing (Reply Brief – Doc. 21)**

The Court's Order references the filing of a reply brief on June 12, 2025. At the time this filing occurred, I had already been out of the office for several days and did not have continuous access to review filings or underlying authorities in real time. The June 12 filing was submitted during this period and was not subject to my customary final, comprehensive review prior to filing.

**3. June 17 and June 20 Communications from Defense**

The Court's Order references communications from Defendant on June 17 and June 20, 2025 raising concerns regarding citations. During this time, I remained out of the office and did not yet have full access to all underlying materials necessary to independently assess the scope of the issues being raised. My understanding of the nature of the citation concerns was therefore still developing during this period.

**4. June 24 Notice of Errata**

The Court's Order references the filing of a Notice of Errata on June 24, 2025. At or around that time, I sought internal clarification regarding the citation concerns that had been raised. Based on the information then available to me, I understood that certain corrections were required; however, I did not yet have a complete understanding of the full scope or extent of the issues later identified by the Court.

**5. Context of June 12 – June 24 Timeframe**

The Court's Order outlines a sequence of filings and corrective actions occurring during the June 12 through June 24 timeframe**.** During this period, my absence from the office and limited access to underlying materials affected my ability to conduct a full and independent verification of all cited authorities. As a result, my understanding of the nature and scope of the citation issues was still evolving during this timeframe.

**6. Return to Office (July 3)**

I returned to the office on July 3, 2025. Following my return, I was able to review filings and underlying authorities more comprehensively and begin a more complete assessment of the issues identified.

**7. August 5 Notice of Errata**

The Court's Order references a subsequent Notice of Errata filed on August 5, 2025, addressing additional citations across multiple filings. This filing reflects the point at which my understanding of the scope of the citation issues had developed more fully, allowing for more comprehensive corrective action across the affected filings.

**8. Clarification of Timeline**

This Declaration is provided solely to clarify that, during the June 12 through June 24 timeframe referenced in the Court's Order, my understanding of the citation issues was developing and not yet complete, particularly in light of my absence from the office and limited access to underlying materials.

### 9. Supplemental Clarification of Availability and Access

During the June 12 through June 24 timeframe referenced in the Court's Order, I was out of the office and did not have continuous access to filings or underlying legal research materials. As a result, my ability to review filings in real time and independently verify cited authorities was limited, and my understanding of the citation issues raised during that period was still developing. This clarification is provided solely to ensure that the record accurately reflects my availability, access, and level of involvement during the sequence of events addressed in the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct.

**DATED:** April 3, 2026.

/s/ Sheree D. Wright
**Sheree D. Wright**