# Exhibit A

# Phoenix, AZ to Dublin, Ireland

June 14, 2025

Ticketed on April 7, 2025 · Record locator: YCXYJU

**Details** ⌃

**DEPART**

**Phoenix, AZ to Chicago, IL**

June 14, 2025

| PHX | | ORD |
|---|---|---|
| 3:25 PM | → | 8:57 PM |

AA 2786

Booking Class: B

Fare basis: OHW2T1BV

USED

Stop: Chicago (ORD)

**Chicago, IL to Dublin, Ireland**

June 14, 2025

| ORD | | DUB |
|---|---|---|
| 10:20 PM | → | 11:40 AM |

AA 208

Booking Class: B

Fare basis: OHW2T1BV

USED

Arrives June 15, 2025
Overnight flight or connection

**RETURN**

## Dublin, Ireland to Chicago, IL

July 1, 2025

| | | |
|---|---|---|
| DUB | | ORD |
| 1:45 PM | → | 3:45 PM |

AA 209

Booking Class: B

Fare basis: OHX2T1BV

USED

Stop: Chicago (ORD)

## Chicago, IL to Phoenix, AZ

July 1, 2025

| | | |
|---|---|---|
| ORD | | PHX |
| 4:45 PM | → | 6:25 PM |

AA 3137

Booking Class: B

Fare basis: OHX2T1BV

USED

# Exhibit B

9:52

     

# Re: Doe - Reply to their Opposition of our Motion.



 me  Jun 24, 2025

to Karen, Cortney, Divine ⌄

**What was wrong with the citations?**

Kind regards,



**Sheree D. Wright**

**Owner/Founder, IBF Law Group, PLLC**

📞 (602) 805-2696 EXT. 100

✉ sheree@ibflaw.com

📠 (602) 833-1110

🖨 (602) 878-3294

🌐 www.ibflaw.com

📍 3101 N Central Ave., Suite 1250, Phoenix, Arizona, 85012

  

