SHEREE D. WRIGHT
Senior Counsel
IBF Law Group, PLLC
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 800-5701
e-Mail: sheree@ibflaw.com
SBN# NM 151522
SNB# AZ 035265

Cortney E. Walters (*admitted pro hac vice*)
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
Facsimile: (954) 889-3747
cwalters@cewlawoffice.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea Montes | Case No.: 2:25-cv-01295-PHX-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF PROOF** |
| Suns Legacy Partners, LLC | |
| Defendants. | |

Plaintiff Chelsea Montes ("Plaintiff"), by and through undersigned counsel, hereby files this Notice to confirm compliance with the Court's Order dated March 31, 2026. Pursuant to the Court's directive, undersigned counsel provided Plaintiff with a copy of the Court's Order on April 7, 2026, via e-mail. Accordingly, Plaintiff has been served with a copy of the Order as required.

NOTICE OF PROOF                                          - 1 -

Dated: April 7, 2026

IBF LAW GROUP, PLLC

By: */s/ Sheree D. Wright*
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 800-5701
e-Mail: sheree@ibflaw.com

THE LAW OFFICE OF
CORTNEY E. WALTERS, PLLC

Cortney E. Walters
By: */s/ Cortney E. Walters*
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
Facsimile: (954) 889-3747
cwalters@cewlawoffice.com

*Attorneys for Plaintiff(s)*

NOTICE OF PROOF                    - 2 -