SHEREE D. WRIGHT
Senior Counsel
IBF Law Group, PLLC
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 800-5701
e-Mail: sheree@ibflaw.com
SBN# NM 151522
SNB# AZ 035265

Cortney E. Walters (*admitted pro hac vice*)
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
Facsimile: (954) 889-3747
cwalters@cewlawoffice.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea Montes | Case No.: 2:25-cv-01295-PHX-GMS |
| Plaintiff, | |
| vs. | **PLAINTIFF'S COUNSEL'S JOINT DECLARATION REGARDING COMPLIANCE WITH COURT ORDER** |
| Suns Legacy Partners, LLC | |
| Defendants. | |

Pursuant to the Court's Order dated March 31, 2026, undersigned counsel hereby certify that they have complied with the Court's requirement to complete a Continuing Legal Education course of at least one (1) hour regarding the ethical use of artificial intelligence in the practice of law.

1. Plaintiff's Counsel, Sheree Wright, completed the following CLE course regarding

PLAINTIFF'S COUNSEL'S JOINT DECLARATION REGARDING
COMPLIANCE WITH COURT ORDER

the ethical use of artificial intelligence in the legal profession on May 25, 2026: "Ethical AI Use for the Modern Attorney." A true and correct copy of her certificate of completion is attached hereto as **Exhibit A**.

2.  Plaintiff's Counsel, Cortney Walters, completed the following CLE course regarding the ethical use of artificial intelligence in the legal profession on May 26, 2026: "Ethical AI Use for the Modern Attorney." A true and correct copy of her certificate of completion is attached hereto as **Exhibit B**.

Accordingly, Plaintiff's counsel respectfully submits this Declaration to certify compliance with the Court's March 31, 2026 Order.

Dated: May 26, 2026

**IBF LAW GROUP, PLLC**

By: */s/ Sheree D. Wright*
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 800-5701
e-Mail: sheree@ibflaw.com

**THE LAW OFFICE OF
CORTNEY E. WALTERS, PLLC**

Cortney E. Walters
By: */s/ Cortney E. Walters*
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
Facsimile: (954) 889-3747
cwalters@cewlawoffice.com

*Attorneys for Plaintiff(s)*

PLAINTIFF'S COUNSEL'S JOINT DECLARATION REGARDING COMPLIANCE WITH COURT ORDER