SHEREE D. WRIGHT
Senior Counsel
IBF Law Group, PLLC
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 800-5701
e-Mail: sheree@ibflaw.com
SBN# NM 151522
SNB# AZ 035265

Cortney E. Walters (*admitted pro hac vice*)
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
Facsimile: (954) 889-3747
cwalters@cewlawoffice.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea Montes | Case No.: 2:25-cv-01295-PHX-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF ERRATA** |
| Suns Legacy Partners, LLC | |
| Defendants. | |

Plaintiff's counsel, Cortney E. Walters, respectfully submits this Notice of Errata for the limited purpose of clarifying prior factual representations regarding Document 21. Upon further review of email and text communications, Ms. Walters identified communications reflecting that Karen Angulo transmitted a revised draft of Document 21 directly to Ms. Walters. In those communications, Ms. Angulo represented that she had

NOTICE OF ERRATA                          - 1 -

"combined" revisions into a consolidated version for filing. Ms. Walters reviewed and authorized the filing of that revised draft.

This Notice is submitted solely for purposes of ensuring that the factual record concerning the drafting and review process associated with Document 21 is complete and accurate. Counsel does not submit this Notice to relitigate matters previously decided by the Court.

Dated: May 26, 2026

**THE LAW OFFICE OF
CORTNEY E. WALTERS, PLLC**

Cortney E. Walters
By: */s/ Cortney E. Walters*
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
Facsimile: (954) 889-3747
cwalters@cewlawoffice.com

*Attorneys for Plaintiff(s)*

NOTICE OF ERRATA                    - 2 -