**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Chelsea Montes,

Plaintiff,

v.

Suns Legacy Partners LLC, et al.,

Defendants.

No. CV-25-01295-PHX-GMS

**ORDER**

The Court's May 22, 2026 Case Management Order (Doc. 84) ordered the parties shall file with the Court a Joint Report on Settlement Talks executed by or on behalf of all counsel no later than five working days after the September 4, 2026 Good Faith Settlement Talks deadline. (*Id.*, ¶9).

**IT IS ORDERED** that the parties comply with the Court's Order and file their Joint Report on Settlement Talks no later than **September 21, 2026**.

Dated this 14th day of September, 2026.

G. Murray Snow
Senior United States District Judge